Sophia Goren Gold (SBN 307971)
**KALIELGOLD PLLC**
950 Gilman Street, Suite 200
Berkeley, California 94710
Telephone: (202) 350-4783
sgold@kalielgold.com

Jeffrey D. Kaliel (SBN 238293)
Amanda J. Rosenberg (SBN 278507)
**KALIELGOLD PLLC**
1100 15th Street NW 4th Floor
Washington, D.C. 20005
Telephone: (202) 350-4783
jkaliel@kalielgold.com
arosenberg@kalielgold.com

*Counsel for Plaintiff and Proposed Classes*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA BOOE, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GAMMABILLING INC.,<br><br>Defendant. | Case No. 2:23-cv-08568-CAS-AUR<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiff Amanda Booe, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), does hereby dismiss this action as follows:

1. All Claims of Plaintiff, Booe, individually, are hereby dismissed with prejudice.

///
///
///
///
///

1

NOTICE OF VOLUNTARY DISMISSAL

2. All claims for any unnamed member of the alleged class are hereby dismissed without prejudice.

Dated: October 17, 2023                             Respectfully submitted,

                                                  **KALIELGOLD PLLC**

By: *[signature: Sophia Goren Gold]*
    SOPHIA GOREN GOLD
    JEFFREY D. KALIEL
    AMANDA J. ROSENBERG

*Counsel for Plaintiff and Proposed Classes*